UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 19, 2020

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Clark, Angela Marie | Docket No. | 0980 2:20CR00103-SMJ-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Jonathan C. Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Angela Marie Clark, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 10th day of September 2020, under the following conditions:

**Condition # 2:** Defendant shall reside at 1726 Old Highway 97 #36 in Okanogan, Washington and not change her residence without advance approval by pretrial services, and shall immediately advise the court, defense counsel, and the U.S. Attorney in writing of any change in telephone number.

**Condition # 15:** Avoid all contact, direct or indirect, with any persons who Defendant would reasonably know are or who may become a victim or potential witness in subject investigation or prosecution. Pretrial services may but is not required to exempt specific named individuals from this prohibition, including but not limited to immediate family members or co-workers.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation # 1:** It is alleged Ms. Clark violated her terms of pretrial release as she has not been residing at 1726 Old Highway 97 #36, Okanogan, Washington, a direct violation of release condition number 2.

On September 11, 2020, the conditions of pretrial release supervision were reviewed with Ms. Clark. She acknowledged an understanding of her conditions, which included release condition number 2.

On November 10, 2020, per Colville Tribal Police Department (CTPD) report 20-1547, CTPD was made aware of allegations that Ms. Clark was the suspect of child abuse and neglect. A CTPD sergeant and a social worker with Child Family Services (CFS) reported to 3120 Rocky River in Omak, Washington, which was noted as the address of Ms. Clark, and where the allegations of abuse occurred. Ms. Clark was present at the 3120 Rocky River address when CTPD and CFS arrived in the evening of November 10, 2020. While Ms. Clark was not charged with any crime, the undersigned was able to speak with the sergeant in which he indicated Ms. Clark had been consistently residing at the 3120 Rocky River address.

**Violation # 2:** It is alleged Ms. Clark has violated the terms of her pretrial release as she has had direct contact with persons whom she would reasonably know are, or who may become, potential witnesses in the investigation or her prosecution, a direct violation of release condition number 15.

On September 11, 2020, the conditions of pretrial release supervision were reviewed with Ms. Clark. She acknowledged an understanding of her conditions, which included release condition number 15.

On November 10, 2020, per CTPD report 20-1547, CTPD was made aware of allegations that Ms. Clark was the suspect of child abuse and neglect. A CTPD sergeant and a social worker with CFS reported to 3120 Rocky River in Omak,

Re: Clark, Angela Marie
November 19, 2020
Page 2

Washington, which was noted as the address of Ms. Clark and where the allegations of abuse occurred. While Ms. Clark was not charged with any crime, a review of CTPD report 20-1547 and the CFS report, both indicate Ms. Clark has had direct contact with five minor aged children who are potential witnesses in Ms. Clark's instant offense.

On November 18, 2020, Ms. Clark admitted to the undersigned that she has had direct contact with the aforementioned five minor aged children.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    November 19, 2020

by    s/Jonathan C. Bot

Jonathan C. Bot
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

November 19, 2020
Date